```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                        Case No. 06-cr-226-PB

**Robert Hatch, et al.**

**O R D E R**

The defendant, through counsel, has moved to continue the October 10, 2007 trial in the above case, citing the need for additional time to complete discovery and respond to the forthcoming superseding indictment. The government and co-defendants do not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from October 10, 2007 to January 8, 2008. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial

The September 24, 2007 final pretrial conference is continued to December 19, 2008 at 3:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

September 25, 2007

cc: David Bownes, Esq.
    Dana Cole, Esq.
    Michael Iacopino, Esq.
    Mark Irish, AUSA
    Richard Johnston, Esq.
    Bjorn Lange, Esq.
    United States Probation
    United States Marshal